CR418-260

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 NOV -8  PM 3:13

CLERK _____ TRB _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR |
| | ) | |
| v. | ) | VIO: 21 U.S.C. §846 |
| | ) | 21 U.S.C. §841(a)(1) |
| | ) | 18 U.S.C. §922(g) |
| DAVID MCCLOSKEY, et al | ) | 18 U.S.C. § 922(k) |
| | ) | 18 U.S.C. §924(c) |
| | ) | 18 U.S.C. §472 |
| | | 26 U.S.C. §5861 |

MOTION TO SEAL INDICTMENT

Now comes the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and moves the Court, pursuant to Fed. R. Crim. P. 6(e)(4), to seal the above-styled indictment until such time as defendants are in federal custody.

WHEREFORE, the government moves that the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process and to conduct initial appearances and related proceedings.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

E. Greg Gilluly, Jr.
Assistant United States Attorney
Georgia Bar No. 019397

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422